THE STATE *v.* BRYANT.

*Saturday,*
*December* 31.

ERROR to the *Spencer* Circuit Court.

*Per Curiam.*—This case, submitted in *June*, 1851, has not been briefed on either side.

The judgment is affirmed with costs.

*A. L. Robinson*, for the state.

*J. Pitcher*, for the defendant.